THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX BRODHEIM,

Appellant.— Judgment of conviction of the County Court of Kings county affirmed by default. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.